THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT CROXTON, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.